# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00427-CV

---

**In re Amanda J. Wilhelm**

**E. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
NO. C2017-1044D, THE HONORABLE KARIN E. BONICORO, JUDGE PRESIDING**

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of E. B. The subject of this proceeding is Amanda J. Wilhelm, appellant's attorney.

Appellant filed his notice of appeal on June 19, 2018, and his brief was due August 2, 2018. On August 24, 2018, we ordered counsel to file appellant's brief no later than September 4, 2018. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Amanda J. Wilhelm shall appear in person before this Court on **Wednesday, September 26, 2018, at 1:30 p.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our August 24, 2018 order. This order to

show cause will be withdrawn and Wilhelm will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before September 24, 2018.**

It is ordered on September 11, 2018.

Before Justices Puryear, Goodwin, and Bourland